IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

EVER CHAMBERS                                                                                       PLAINTIFF

VS.                                                          CIVIL ACTION NO.: 3:05CV232WHB-AGN

AUDUBON INSURANCE GROUP,
HOMEQ SERVICING CORPORATION
AND JOHN DOE 1-5
DEFENDANTS

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

There came on this day for hearing the joint motion of the Plaintiff and Defendants for the entry of an Order dismissing all claims of the Plaintiff against all Defendants in this action. The Court, being fully advised in the premises, finds that the parties have fully compromised and settled all claims and do agree to dismiss this action with prejudice. The Court also has been advised by the parties that as a part of the settlement, the parties have agreed that the funds deposited into the registry of the Court by Audubon Insurance Company should be paid over to the Plaintiff, Ever Chambers.

Accordingly, it is hereby **ORDERED** that this action be fully dismissed in its entirety with prejudice with each party to bear his own costs. Further, it is hereby ordered that the sum of Fifteen Thousand Five Hundred Dollars ($15,500.00), which was paid into the registry of the Court by Audubon Insurance Company, be released by the Clerk of the Court to the Plaintiff, Ever Chambers, and her attorney, Bryant W. Clark of Clark & Clark, PLLC.

SO ORDERED this the 27th day of March, 2006.

s/William H. Barbour, Jr.
UNITED STATES DISTRICT JUDGE

1819899.1/01814.21576

Submitted by:
/s/ H. Mitchell Cowan
H. Mitchell Cowan
Attorney for HomEq Servicing Corporation
Watkins Ludlam Winter & Stennis, P.A.
633 North State Street (39202)
Post Office Box 427
Jackson, MS  39205
Telephone: (601) 949-4900
Facsimile: (601) 949-4804
Email: mcowan@watkinsludlam.com

Agreed to and Approved by:

/s/ Bryant W. Clark
Bryant W. Clark
Attorney for Plaintiff


/s/ Edward J. Currie, Jr.
Edward J. Currie, Jr.
Attorney for Audubon Insurance Company


/s/ H. Mitchell Cowan
H. Mitchell Cowan
Attorney for HomEq Servicing Corporation